# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 23, 2025

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 24-1524

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA,<br>    *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:22-cv-01334 |
| MULLINS FOOD PRODUCTS, INC.,<br>    *Defendant-Appellant*. | Jorge L. Alonso,<br>*Judge*. |

**O R D E R**

Plaintiff-Appellee, Citizens Insurance Company of America, filed a Petition for Rehearing on May 16, 2025. All members of the panel have voted to deny rehearing but to amend the opinion dated May 2, 2025, as follows:

At page 2, first full paragraph, three lines from the bottom of the paragraph, immediately before the word "indemnify," insert the words "potentially to";

At page 14, last paragraph, fourth line, again insert the words "potentially to" immediately before "indemnify";

At page 21, in the first and only paragraph of the main text, lines 5-6, replace "must also" with "may potentially be required to";

At page 21, at the end of the same paragraph, insert the following sentence: "The duty to indemnify Mullins has not been briefed in this appeal and remains to be sorted out on remand."

At page 32, four lines from the bottom of the paragraph, insert the following sentence immediately prior to the sentence beginning "We therefore VACATE . . .": "Also in the event the district court determines that timely notice was given to Citizens, the district court must resolve whether Citizens has a duty to indemnify Mullins."

The Petition for Rehearing is DENIED